Alan R. Solot, Esq.
SBN 006587
2701 E. Speedway STE 203
Tucson, Arizona 85716
520-299-1465
520-299-1482 (fax)
arsolot@gmail.com

Attorney for WAB Properties, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GAEL SLADKY,<br><br>Debtor. | Chapter 13 Case<br>No. 4:20-bk-09417-BMW<br><br>**NOTICE OF APPEARANCE AND REQUEST TO BE PLACED ON MASTER MAILING LIST** |

Alan R. Solot hereby enters his appearance in this case as the attorney for WAB Properties, LLC in this Chapter 13 case.

Pursuant to Federal Rules of Bankruptcy Procedure, Rule 2002(g), Alan R. Solot hereby requests that he be added to this Court's Master Mailing List in this case and that all notices in this case be mailed to the following, regardless of whether the Court limits the mailing of notices:

> WAB Properties, LLC
> c/o Alan R. Solot
> 2701 E. Speedway STE 203
> Tucson, Arizona 85716

Dated August 24, 2020

        /s/ *Alan R. Solot*    SBN 006587
        ALAN R. SOLOT
        Attorney for WAB Properties, LLC

Copy of the foregoing mailed/transmitted on
August 24, 2020 to:

| | |
|---|---|
| Charles R Hyde, Esq.<br>Law Offices of C.R. Hyde<br>2810 N Swan Rd. #160<br>Tucson, AZ 85712<br>crhyde@gmail.com<br>office@oldpueblobankruptcy.com<br>Attorney for Debtor | Dianne C. Kerns, Esq.<br>31 N. 6th Avenue #105-152<br>Tucson, AZ 85701<br>mail@dcktrustee.com<br>Chapter 13 Trustee |