**THE LAW OFFICES OF C.R. HYDE, PLC**
**ATTORNEY AT LAW**
**2810 NORTH SWAN SUITE 150**
**TUCSON, ARIZONA 85712**
**TELEPHONE: (520) 270-1110**
**SBA # 22512**
**Attorney for Debtor**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GAEL SLADKY<br><br>Debtor. | In Proceedings under Chapter 13<br><br>Case No. 4:20-bk-09417-BMW<br><br>**NOTICE OF BAR DATE FOR CREDITORS AND OTHER PARTIES IN INTEREST WITH OPPORTUNITY TO OBJECT** |

**NOTICE IS HEREBY GIVEN** that on October 30, 2020 Debtors filed an Objection to Proof of Claim #12 (the "Objection").

**NOTICE IS FURTHER GIVEN** that replies or objections to the Objection must be made in writing and filed with the Clerk of the United States Bankruptcy Court, 38 South Scott Avenue, Tucson, Arizona 85701, no later than November 24, 2020. A copy of the objection must be served on counsel for the Personal Representative: Attn: The Law Offices of C.R. Hyde, 2810 North Swan Road Suite 150, Tucson, Arizona 85712. If a reply or objection is filed, a hearing will be scheduled by the Court to consider that objection.

// // //

// // //

In the event no timely objection is filed, an Order will be lodged with the Court approving the Objection described above.

Dated this October 30, 2020

                                          THE LAW OFFICES OF C.R. HYDE, PLC

                                          /s/ C.R. Hyde
                                          Charles R. Hyde, Attorney for Debtor